UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVANGELINA CORTES SOSA and BENITA PAVIA,

                Plaintiffs,

        v.

GEORGINA BOHN,

                Defendant.

25-CV-4470 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Complaint in this case was filed on May 29, 2025. However, Plaintiffs have not filed proof of service on the docket and Defendant has not entered a notice of appearance. *See* Dkt. No. 1. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). Accordingly, it is hereby:

    ORDERED that, no later than September 5, 2025, Plaintiffs submit a letter indicating why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

    IT IS FURTHER ORDERED that if the Court does not receive a letter by September 5, 2025, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 2, 2025
             New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge